**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-7316**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

MARTELL WHITAKER,

        Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.  Margaret B. Seymour, District Judge. (0:98-cr-01016-MBS-1)

Submitted:  September 17, 2008     Decided:  October 14, 2008

Before NIEMEYER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Martell Whitaker, Appellant Pro Se.  Jane Barrett Taylor, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Martell Whitaker appeals the district court's order denying his motion for reduction of sentence, 18 U.S.C. § 3582(c)(2) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States. v. Whitaker</u>, No. 0:98-cr-01016-MBS-1 (D.S.C. filed July 21, 2008; entered July 22, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>